```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ROME DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING**

```
CASE NO.    R18-42834-BEM           ELLIS-MONRO, JUDGE
DEBTOR(S):  DARYL C. GOLDEN         DATE: FEBRUARY 27, 2019


     SONYA BUCKLEY GORDON TO REPORT BACK IN 10 DAYS

     WHETHER DEBTOR'S PLAN PAYMENTS CURRENT.
     DEBTOR TO PROVIDE 2017 TAX RETURN.

     THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

     RECOMMENDS AGAINST CONFIRMATION BECAUSE:
     DEBTOR'S PLAN PAYMENTS REMAIN DELINQUENT.
     PLEASE ENTER AN ORDER OF DISMISSAL.




     March 20, 2019



                              _____/s_____
                              Sonya Buckley Gordon, Esq.
                              for Chapter 13 Trustee
                              GA. Bar No. 140987
```

Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110

R18-42834-BEM

**CERTIFICATE OF SERVICE**

This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

DEBTOR(S):

DARYL C. GOLDEN
1035 GOLDEN RD
TEMPLE, GA 30179

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

SLIPAKOFF & SLOMKA, PC



This 20th day of March, 2019


_____/s/_____
Sonya Buckley Gordon, Esq.
Standing Chapter 13 Trustee
GA Bar No. 140987




Mary Ida Townson, Chapter 13 Trustee
191 Peachtree Street, NE
Suite 2200
Atlanta, GA 30303-1740
404-525-1110